IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT SOTO,
ADC #128324                                                               PLAINTIFF

v.                             5:10CV00212JMM/JTK

RAY HOBBS, et al.                                            DEFENDANTS

## ORDER

By Order dated August 2, 2010, this Court directed the issuance of summons and service of Plaintiff's complaint on Defendants. Summons was returned, unexecuted, with respect to Defendant Sammy Johnson on August 19, 2010 (Doc. No. 12). Included with the return and filed under seal is a memo from Defendants containing Defendant Johnson's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Johnson, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (Doc. No. 2) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 20th day of August, 2010.

_____
United States Magistrate Judge

1