IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT SOTO,
ADC #128324                                                                                          PLAINTIFF

v.                                          5:10CV00212JMM/JTK

RAY HOBBS, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Ponder, Wells, Norris, Compton, and Gorden should be DISMISSED from plaintiff's complaint for failure to state a claim.

IT IS SO ORDERED this  30  day of  August, 2010.

_____
UNITED STATES DISTRICT JUDGE