**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT SOTO,
ADC #128324                                                                                          PLAINTIFF

v.                                      5:10-cv-00212-JMM-JTK

RAY HOBBS, et al.                                                                                DEFENDANTS

**ORDER**

This matter is before the Court on Plaintiff's Motion for Default Judgment against Defendants (Doc. No. 41). In support, Plaintiff states Defendants have not filed an Answer to his Complaint, which was served on August 19, 2010. In their Response, Defendants state they timely filed an Answer to Plaintiff's Complaint on August 27, 2010 (Doc. No. 27), and will forward to Plaintiff an additional copy for his records. In light of the above, the Court finds Plaintiff's Motion should be denied. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Default Judgment (Doc. No. 41) is hereby DENIED.

IT IS SO ORDERED this 30th day of November, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE