**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROBERT SOTO,                                                                                       PLAINTIFF
ADC #128324

v.                                              5:10-cv-00212-JMM-JTK

RAY HOBBS, et al.                                                                              DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration of this Court's October 6, 2010 Order (Doc. No. 39), denying his Motion for Reconsideration of this Court's denial of his Motion for Counsel (Doc. No. 51). In the current Motion, Plaintiff states he cannot adequately represent himself, and that the inmate who previously assisted him is no longer able to help him with this case.

The Court finds that this case is ready to be set for a Pre-Jury Hearing, at which time the Plaintiff will be provided the opportunity to explain to the Court his claims against the Defendants and present any evidence he has in support. If the Court determines that Plaintiff's case should proceed to a jury trial after that Hearing, the Court will reconsider Plaintiff's Motion for Counsel. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Reconsideration (Doc. No. 51) is DENIED.

IT IS SO ORDERED this 7th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE