**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT SOTO,
ADC #128324                                                                                           PLAINTIFF

v.                                        5:10-cv-00212-JMM-JTK

RAY HOBBS, et al.                                                                                  DEFENDANTS

**ORDER**

In response to the Court's Revised Scheduling Order of July 7, 2011 (Doc. No. 63), and in anticipation of the Pre-Jury Evidentiary Hearing scheduled at 9:30 a.m., September 16, 2011, at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Courtroom 4B, Little Rock, Arkansas, the Plaintiff has submitted a request for two witnesses (Doc. No. 65). Noting that the Pre-Jury Evidentiary Hearing to be conducted is limited in scope, I find that the requested witnesses should be denied.

The Arkansas Department of Correction (ADC) is hereby directed to ensure the Plaintiff's attendance at the hearing, together with a copy of Plaintiff's medical records and institutional file.

The Clerk of the Court is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine Bluff, AR 71603.

IT IS SO ORDERED this 30th day of August, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE