IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT SOTO, ADC #128324                                                        PLAINTIFF

Vs.                          CASE NO. 5:10cv00212 JMM/JTK

RAY HOBBS,                                                                       DEFENDANTS
LARRY D. MAY,
GRANT HARRIS,
JIMMY BANKS,
DARRYL A. GOLDEN,
RUBIE EVANS (originally sued as R. Evans)
SAMMY JOHNSON,
DOUGLAS BOULTINGHOUSE (originally sued as D. Boultinghouse)
DONALD TATE,
SHIRLEY JONES,
WELLS,
NICHOLAS DIAL (originally sued as N. Dial)
JOHN PONDER,
LARRY NORRIS,
CURTIS MEINZER,
COMPTON,
GORDEN

## ORDER

Based on defense counsel's Notices of Appearance (DE's #69 & #72) the Clerk is directed to change the style of the case to indicate Defendants Evans and Boultinghouse's complete name. Pursuant to the order entered November 7, 2011 (DE #88) these defendants were dismissed and will remain terminated.

The Clerk is also directed to change the style of the case to indicate the remaining Defendant Dial's complete name.

IT IS SO ORDERED THIS 17th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE