**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROBERT SOTO,                                                                                    PLAINTIFF
ADC #128324

v.                              5:10-cv-00212-JMM-JTK

RAY HOBBS, et al.                                                                               DEFENDANTS

## **ORDER**

Attorney Christopher Parker shall file a Response to Plaintiff's Motion to Withdraw Attorney (Doc. No. 105) within ten days of the date of this Order.

IT IS SO ORDERED this 4th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE