**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT SOTO,                                                                                     PLAINTIFF
ADC #128324

v.                                              5:10-cv-00212-KGB-JTK

RAY HOBBS, et al.                                                                            DEFENDANTS

## ORDER

Plaintiff shall file a Response to Defendant Dial's Second Motion for Summary Judgment

(Doc. No. 112) within ten days of the date of this Order.

IT IS SO ORDERED this 5th day of December, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE