IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT SOTO,**
**ADC #128324**                                                                                       **PLAINTIFF**

5:10-cv-00212-KGB-JTK

**RAY HOBBS, et al.**                                                                              **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion for summary judgment (Dkt. No. 112) is DENIED.

IT IS SO ORDERED this 21st day of February, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

1