# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT SOTO,**
**ADC #128324**                                                                                    **PLAINTIFF**

**5:10CV00212-KGB-JTK**

**RAY HOBBS, et al.**                                                                               **DEFENDANTS**

## ORDER

The trial in this matter scheduled to begin at 9:00 a.m. on June 24, 2013, in Courtroom 4C at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201, will now begin on Wednesday, June 26, 2013, at 9:00 a.m. in the same location. This order directs a change in the start time of the trial from that stated in the Amended Final Scheduling Order entered in this matter (Dkt. No. 125). All other deadlines set forth in the Amended Final Scheduling Order remain in effect.

IT IS SO ORDERED this 12th day of June, 2013.

_Kristine G. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE