**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROBERT SOTO,
ADC #128324**                                                                                       **PLAINTIFF**

**5:10CV00212-KGB-JTK**

**RAY HOBBS, et al.**                                                                                       **DEFENDANTS**

## ORDER

The above referenced case is scheduled for a jury trial to begin at **9:00 a.m. on WEDNESDAY, JUNE 26, 2013**, before United States District Judge Kristine G. Baker, in Courtroom #4-C, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction is directed to ensure the attendance of plaintiff **ROBERT SOTO, ADC#128324,** who is presently confined at the Arkansas Department of Correction, Varner Unit, Grady, Arkansas, at **8:30 a.m. on Wednesday, June 26, 2013,** *and each day thereafter until the trial is concluded*, in Courtroom #4-C, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas.

The Arkansas Department of Correction is further directed to send with plaintiff his complete institutional and medical files.

IT IS SO ORDERED this 12th day of June, 2013.

                                                                   _____
                                                                   KRISTINE G. BAKER
                                                                   UNITED STATES DISTRICT JUDGE