**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROBERT SOTO,
ADC #128324**                                                                                          **PLAINTIFF**

**5:10CV00212-KGB-JTK**

**RAY HOBBS, et al.**                                                                                    **DEFENDANTS**

### ORDER

Before the Court is the parties' joint motion for order regarding transportation of incarcerated trial witnesses (Dkt. No. 138). The motion is granted. The above referenced case is scheduled for a jury trial to begin at **9:00 a.m. on WEDNESDAY, JUNE 26, 2013**, before United States District Judge Kristine G. Baker, in Courtroom #4-C, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction is directed to ensure the attendance of witness **KEVIN WEBER, ADC#128139**, who is presently confined at the Arkansas Department of Correction, Varner Unit, Grady, Arkansas; and witness **JOHN PONDER, ADC #111968**, who is presently confined at the Arkansas Department of Correction, East Arkansas Unit, Brickeys, Arkansas, at **9:00 a.m. on Thursday, June 27, 2013**, in Courtroom #4-C, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas.

Upon completion of each witnesses' testimony, he should be returned to his original place of confinement.

IT IS SO ORDERED this 18th day of June, 2013.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE