IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT SOTO, ADC # 128342**                                                                **PLAINTIFF**

**v.**                    **Case No. 5:10-cv-212-KGB/JTK**

**RAY HOBBS, et al.**                                                                              **DEFENDANTS**

## NOTICE OF PRETRIAL CONFERENCE

The Court will conduct a pretrial conference by telephone conference call on Tuesday, June 25, 2013, at 10:00 a.m. The conference call information is as follows:

- Dial-in number:     (888) 273-3658
- Access code:        3848262

SO ORDERED this the 24th day of June, 2013.

_____
Kristine G. Baker
United States District Judge