IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT SOTO,**  **PLAINTIFF**
**ADC # 128342**

v.     Case No. 5:10-cv-212-KGB/JTK

**RAY HOBBS, et al.**     **DEFENDANTS**

## JUDGMENT

This matter came for trial by jury on the 26th day of June, 2013.  Plaintiff Robert Soto appeared through his attorney Christopher O. Parker.  Defendant Nicholas Dial appeared through his attorneys Shawn J. Johnson and Christine A. Cryer.  All parties announced ready for trial.  A jury of twelve was selected and sworn.

On June 27, 2013, the jury returned a verdict as follows:

# VERDICT FORM

**A. Complete this form by writing in and/or circling the names required by your verdict.**

## Count I-Failure to Protect

1. On plaintiff Robert Soto's failure-to-protect claim against defendant Nicholas Dial, as submitted in Instruction No. 7, we find in favor of:

|  | *Nicholas Dial* |
|---|---|
| Plaintiff Robert Soto    or | Defendant Nicholas Dial |

**B. Complete this section only if you found for plaintiff Robert Soto in the above section. If you found for defendant Nicholas Dial above, then stop here.**

We find plaintiff Robert Soto's damages against defendant Nicholas Dial to be:

$_____

Write the amount or, if you find that Mr. Soto's damages have no monetary value, then state the nominal amount of $1.00.

**C. You may not award punitive damages against defendant Nicholas Dial unless you have first found against defendant Nicholas Dial and awarded plaintiff Robert Soto nominal or actual damages.**

We assess punitive damages against defendant Nicholas Dial as follows:

$_____

Write the amount or, if none, write the word "none".

*/s/ Steven Miller*
Foreperson

Dated:    6-27-13

2

Judgment is therefore entered in favor of defendant Nicholas Dial.

SO ORDERED this the 7th day of August, 2013.

_____
Kristine G. Baker
United States District Judge